LUNSFORD DOLE PHILLIPS #4407
500 Ala Moana Blvd.; Ste. 7400
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordp001@hawaii.rr.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RANDAL CHUNFAT ) | USDC NO. 21-513 DKW/KJM |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF DISMISSAL OF |
| ) | FIRST AMENDED COMPLAINT |
| ) | |
| HAWAII FAMILY HEALTH, INC.) | |
| MICHELLE MITCHELL, AURA ) | |
| MILAR, and ALICIA WILSON ) | |
| Defendants ) | |
| _____ ) | |

NOTICE OF DISMISSAL

Plaintiff RANDAL CHUNFAT, through his undersigned counsel, gives notice he is dismissing the above-captioned lawsuit against the above-named Defendant parties pursuant to F.R,Civ.P. 41(a)(1)(A).

DATED: Honolulu, Hawaii, May 18, 2022

/s/ Launsford Dole Phillips